UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSE LUIS AVALOS,<br><br>      Plaintiff,<br><br>  v.<br><br>DR. ASHBY, et al.,<br><br>      Defendants. | Case No. 24-cv-05581-RFL (PR)<br><br>**ORDER DISMISSING CLAIMS AGAINST DR. HATCH** |

Plaintiff Avalos was ordered to either himself serve Dr. Hatch, the unserved Defendant in this suit, with the summons and complaint, or to provide the Court with his correct name and accurate current location such that the Marshal would be able to serve Defendant. (Dkt. No. 31 at 1.) He was warned that if he did not comply with these instructions by June 22, 2026, his claims against Dr. Hatch would be dismissed and judgment entered in favor of Defendants. (*Id.*)

Avalos has not complied with these instructions. Because Avalos has not provided sufficient information to allow the Marshal to locate and serve the above-referenced Defendant, or effectuated service himself, his claims against Dr. Hatch are DISMISSED without prejudice. *See Walker v. Sumner*, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (holding prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) where prisoner failed to show he had provided Marshal with sufficient information to effectuate service or provide a valid reason why he could not do so).

Defendant Ashby's motion for summary judgment was granted. (Dkt. No. 29.)

The Clerk shall enter judgment in favor of Defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 29, 2026

           RITA F. LIN
      United States District Judge