UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS AVALOS,

         Plaintiff,

   v.

DR. ASHBY, et al.,

         Defendants.

Case No. 24-cv-05581-RFL (PR)

**JUDGMENT**

Defendant Ashby's motion for summary judgment having been granted and the claims against Defendant Hatch having been dismissed without prejudice, judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

**Dated:** June 29, 2026

_____

RITA F. LIN
United States District Judge